IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STONE CASTLE RECYCLING, LLC; ANTHONY L. STODDARD; and JAMEN D. WOOD,<br><br>Defendants. | **ORDER GRANTING MOTION TO DISMISSAL COUNTS AGAINST STONE CASTLE RECYCLING, LLC**<br><br>Case No. 1:17-cr-00044-DN-PMW-1<br><br>District Judge David Nuffer |

Based on the government's Motion to Dismiss All Counts Against Stone Castle Recycling, LLC ("Motion"),[1] pursuant to Fed. R. Crim. P. 48(a), and for good cause appearing,

IT IS HEREBY ORDERED that the government's Motion[2] is GRANTED. Leave is granted to allow the government to dismiss all counts against Stone Castle Recycling, LLC in the Indictment.[3]

Signed June 25, 2018.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Docket no. 34, filed June 22, 2018.

[2] *Id*.

[3] Docket no. 1, filed July 12, 2017.